ACCEPTED
06-15-00152-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/25/2015 9:06:55 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number: 06-15-00152-CR

Appellate Case Style: Style: Angela Beth Villines

Vs. State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/25/2015 9:06:55 AM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: Angela | ☒ Lead Attorney |
| Middle Name: Beth | First Name: Michael |
| Last Name: Villines | Middle Name: Douglas |
| Suffix: | Last Name: Mosher |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ District/County Attorney |
| Pro Se: ○ | ☒ Retained ☐ Public Defender |
| | Firm Name: The Mosher Justice Center |
| | Address 1: 50 North Main |
| | Address 2: |
| | City: Paris |
| | State: Texas Zip+4: 75460 |
| | Telephone: 903/785-4721 ext. |
| | Fax: 903/785-5319 |
| | Email: mdm@mosherjusticectr.com |
| | SBN: 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 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: The State of Texas | ☒ Lead Attorney |
| Middle Name: | First Name: Gary |
| Last Name: | Middle Name: |
| Suffix: | Last Name: Young |
| Appellee Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: Lamar County Attorney |
| | Address 1: Lamar County Courthouse |
| | Address 2: 119 North Main |
| | City: Paris |
| | State: Texas Zip+4: 75460 |
| | Telephone: 903/737-2458 ext. |
| | Fax: 903/737-2455 |
| | Email: gyoung@co.lamar.tx.us |
| | SBN: Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): Offenses against persons (other) | Was the trial by: ☐ jury or ☒ non-jury? |
| Type of Judgment: Final Judgment | Date notice of appeal filed in trial court: August 28, 2015 |
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: August 28, 2015 | If mailed to the trial court clerk, also give the date mailed : |
| Offense charged: Manslaughter | Punishment assessed: 15 years TDCJ |
| Date of offense: September 29, 2012 | Is the appeal from a pre-trial order? ☐ Yes ☒ No |
| Defendant's plea: Not Guilty | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
| If guilty, does defendant have the trial court's certificate to appeal? ☒ Yes ☐ No | ☐ Yes ☐ No |

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☒ No ☐ NA    If yes, date filed:

Date of hearing: August 28, 2015    ☐ NA

Date of order: ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: Sixth District Court

County: Lamar

Trial Court Docket Number (Cause no): 25003

Trial Court Judge (who tried or disposed of the case):

First Name: Eric

Middle Name:

Last Name: Clifford

Suffix:

Address 1: Lamar County Courthouse

Address 2: 119 North Main Street

City: Paris

State: Texas          Zip + 4: 75460

Telephone: 903/737-2431          ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes  ☐ No

If yes, date requested: Sep 8, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes  ☐ No

Was reporter's record requested? ☒ Yes  ☐ No

Was the reporter's record electronically recorded? ☐ Yes  ☒ No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder? ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: Terri

Middle Name:

Last Name: Spangler

Suffix:

Address 1: Lamar County Courthouse

Address 2: 119 North Main

City: Paris

State: Texas          Zip + 4: 75460

Telephone: 903/737-2431          ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ⬛⬛⬛⬛⬛⬛⬛      Court: ⬛⬛⬛⬛⬛⬛⬛

Style: ⬛⬛⬛⬛⬛⬛⬛

    Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)        Date: September 24, 2015

_____

Printed Name:        State Bar No: 14580100

Electronic Signature: /s/ Michael D. Mosher      Name: Michael D. Mosher
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on September 24, 2015 .

_____

Signature of counsel (or pro se party)      Electronic Signature: /s/ Michael D. Mosher
                                        (Optional)

                                     State Bar No.: 14580100

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
                   (1) the date and manner of service;
                   (2) the name and address of each person served, and
                   (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: September 24, 2015

Manner Served: Email

First Name: Gary

Middle Name:

Last Name: Young

Suffix:

Law Firm Name: Lamar County Attorney

Address 1: Lamar County Courthouse

Address 2: 119 North Main

City: Paris

State Texas  Zip+4: 75460

Telephone: 903/737-2458  ext.

Fax: 903/737-2455

Email: gyoung@co.lamar.tx.us